# THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

Newman Sanitary Gasket as
Plan Administrator of the Newman Sanitary
Gasket Employee Benefit Plan,                    Case No. 3:18-CV-340

       Plaintiff(s),                                  Judge: Thomas M. Rose

  vs

Joni Turner, et al.

       Defendant(s).

## ENTRY OF DEFAULT

It appears that Joni Turner and Turner Law Group, Inc., are in default, having failed to plead or otherwise defend in this cause as required by law. Now, therefore, in accordance with Rule 55 (a) of the Federal Rules of Civil Procedure, Default is hereby entered against Joni Turner and Turner Law Group, Inc., on this **28th** day of March, **2019.**

                                                      Richard W. Nagel, Clerk of Court
                                                      United States District Court
                                                      Southern District of Ohio

                                                      By:  s/Sophia R. Bryant
                                                           Deputy Clerk

*(Rev. 02/01/2015)*