# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Newman Sanitary Gasket as Plan Administrator of the Newman Sanitary Gasket Employee Benefit Plan <br> *Plaintiff* <br> v. <br> Joni Turner, et al. <br> *Defendant* | ) ) ) ) Civil Action No. 3:18-CV-340 ) ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:    Judgment for Plaintiff and against Defendants
.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    Thomas M. Rose    on a motion for
   Default Judgment

Date:   4/24/19

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*